JOON H. KIM
Acting United States Attorney for the
Southern District of New York
By: CHRISTINE S. POSCABLO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2674
Facsimile: (212) 637-2786
Email: christine.poscablo@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>        v.<br><br>RAMON E. DIAZ, REGIONAL ECONOMIC COMMUNITY ACTION PROGRAM, INC., CREDIT ACCEPTANCE CORPORATION, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, ORANGE & ROCKLAND UTILITES, and JOHN DOES 1 THROUGH 10,<br><br>                   Defendants. | 17 Civ. 3414<br><br>**COMPLAINT** |

Plaintiff, United States of America (the "United States" or the "Government"), by and through its attorney, Joon H. Kim, Acting United States Attorney for the Southern District of New York, for its complaint herein alleges upon information and belief as follows:

INTRODUCTION

1.    This is an action brought by the United States to foreclose a mortgage on property located in the Town of Mount Hope, County of Orange and State of New York, within the Southern District of New York.

JURISDICTION AND VENUE

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

3.      Venue is proper pursuant to 28 U.S.C. § 1391(b), in that the property is located within the Southern District of New York.

THE PARTIES

4.      The United States is a sovereign government. The Rural Housing Service ("RHS") is an agency of the United States, within the United States Department of Agriculture ("USDA"). RHS administers a number of rural housing programs, including making direct loans to low– and moderate–income households for the purchase, construction, or rehabilitation of single-family homes located in rural areas.  To make the loans affordable, they are subsidized by RHS to varying degrees depending on household income.

5.      Ramon E. Diaz ("Borrower") is the owner of 7 Shoddy Hollow Road, Otisville, New York (the "Mortgaged Property").

6.      Defendant Regional Economic Community Action Program, 40 Smith Street, Middletown, New York, is named a defendant herein as a subordinate mortgagee on the Mortgaged Property.

7.      Defendant Credit Acceptance Corporation, 25505 W. Twelve Mile Road, Southfield, Michigan, is named a defendant herein because it may have an interest in the Mortgaged Property due to a judgement filed on October 23, 2013, in the *Matter of Credit Acceptance Corporation v. Diaz* in the Supreme Court, County of Orange, State of New York, under Index Number 2013-6633.

8.      Defendant New York State Department of Taxation and Finance Harriman Campus, Albany, New York, is named a defendant herein because it may have an interest in the Mortgaged

Property arising from a 2010 Tax Assessment, evidenced by Warrant ID E-017512055-W008-8, in the *Matter of Commissioner of Taxation and Finance v. Ramon E. Diaz and/or Gladys Sanchez Diaz*, filed as a judgement on January 23, 2015 with the Orange County Clerk as Instrument 2015004684.

9.      Defendant Orange & Rockland Utilities, Spring Valley, New York, is named a defendant herein because it may have an interest in the Mortgaged Property due to a judgement filed on July 13, 2015, in the *Matter of Orange & Rockland Utilities v. Ramon Diaz*, in the Supreme Court, Count of Orange, State of New York under Index Number 2015-002320.

10.      John Does Nos. 1-10 are persons or parties that may be in possession of, having, or claiming an interest in or lien on the Mortgaged Property.

FACTS AND CLAIMS OF RELIEF

11.      On or about May 7, 2008, Borrower executed and delivered a secured promissory note to RHS in the principal amount of $244,200.00, plus interest at the rate of 5.375% annually (the "Note").  A true and correct copy of the Note is attached hereto as **Exhibit A**.

12.      On or about May 7, 2008, to secure payment of the Note, Borrower also executed and delivered a Real Estate Mortgage (the "Mortgage") with the Note in favor of RHS covering the Mortgaged Property, described therein.  The Mortgage was recorded on May 13, 2008, in the Orange County Clerk's Office in Book of Mortgages 12664 at page 1765.  A true and correct copy of the Mortgage is attached hereto as **Exhibit B**.

13.      The Mortgage and the Note required Borrower to pay, when due, all taxes, liens, judgments, encumbrances, and assessments lawfully attaching to or assessed against the Mortgaged Property, and to keep the Mortgaged Property insured. The Mortgage further provided that in the event of a default in making such payments, the Government was authorized to make such

payments as advances for the account.  The Government made numerous advances on Borrower's behalf.  Pursuant to the terms of the Mortgage, such advances together with the interest thereon, are immediately due and payable by Borrower to the Government, without demand, and are secured by the Mortgage.

14.    Borrower and the Government entered into a subsidy repayment agreement on May 7, 2008, which was renewed eleven times from August 2008 through January 2014.   Under this agreement, RHS provided Borrower with $15,570.31 in payment subsidies. True and correct copies of the subsidy repayment agreement and renewals are attached hereto as **Exhibit C**.

15.    On or about June 24, 2014, the account was accelerated for nonpayment.  On that day a notice of default and demand letter was sent by certified mail, return receipt requested, and in a separate envelope by first class mail, to Borrower. In that letter, RHS advised Borrower that due to his continued failure to make the required mortgage payments, and in accordance with the terms of the Mortgage and Note, the indebtedness due on the Note was accelerated and deemed to be immediately due and payable. A true and correct copy of the June 24, 2014 letter is attached hereto as **Exhibit D**.

16.    On or about October 16, 2014, the New York State Banking Department ninety-day pre-foreclosure notice was sent to Borrower, and the USDA completed and filed the Step-A PDF Form with the New York State Banking Commission and was assigned a tracking number of NYS3665144.

17.    Despite the demands for payment, Borrower has failed to make the installment payments required by the Note and the Mortgage, or otherwise make payments sufficient to render the loan current.  On account of Borrower's default, the entire outstanding balance of principal and interest is now due.

18.     Borrower further failed to make the necessary tax and/or insurance payments on the Mortgaged Property, thereby requiring the United States to advance such payments to protect its interest.

19.     As of April 6, 2017, Borrower was justly indebted to the United States on the Note for the principal amount of $243,252.33, plus accrued interest in the amount of $78,484.50, plus uncollected late charges in the amount of $5.86, plus advances of $38,557.58, interest on the advances in the amount of $4,184.43, and escrow/impound expenses in the amount of $1,832.57. The total amount of the debt as of April 6, 2017, was $366,317.27.  Interest continues to accrue on the principal balance at a rate of $35.8214 daily and on the advances at a rate of $5.6780 daily, for a total of $41.4994 in interest accruing on a daily basis.

20.     In order to protect its security interest, the United States may be compelled, during the pendency of this action, to pay taxes, assessments, water or sewer rates, water charges, insurance premiums, and any other charges affecting the premises.  The United States requests that any sums so paid be added to the sum otherwise due, be deemed secured by the Mortgage, and adjudged a valid lien on the premises herein described.

21.     No other action has been commenced at law or otherwise for the recovery of the sum, or any part thereof, secured by the Note and Mortgage.

WHEREFORE, plaintiff, the United States of America, respectfully requests that the Court:

    (a)     enter judgment holding RAMON E. DIAZ in default on the Note and Mortgage;

    (b)      adjudicate the amount due the United States on the Note and Mortgage;

    (c)     enter judgment ordering that the named defendants, and all other persons

whose claims are subsequent to or recorded after the filing of notice of pendency of this action in the office of the Clerk of Orange County in the State of New York, be forever barred and foreclosed from all right, title, claim, lien or other interest in the Mortgaged Property; and

    (d)  enter an order directing the foreclosure and sale of the Mortgaged Property with the proceeds to be first applied to pay the liens of taxing authorities entitled to priority, if any, and thereafter to amounts due the United States under the Note and Mortgage, with interest to the date of payment, plus costs and disbursements of this action.

Dated:   New York, New York
      May 8, 2017

            JOON H. KIM
            Acting United States Attorney for the
            Southern District of New York

            Attorney for the United States of America

         By: /s/ CHRISTINE S. POSCABLO
            CHRISTINE S. POSCABLO
            Assistant United States Attorney
            Telephone: (212) 637-2674
            Facsimile: (212) 637-2786
            Email: christine.poscablo@usdoj.gov